UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | ) Case Nos. | CR115-072, USA v. Henderson |
| | ) | CR115-073, USA v. Ohri, et al |
| LEAVE OF ABSENCE REQUEST | ) | CR115-083, USA v. Fields |
| | ) | CR115-084, USA v. Samuels |
| LAMONT A. BELK | ) | |
| December 28, 2015 – January 4, 2016 | ) | |

## ORDER

**Lamont A. Belk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Lamont A. Belk** be granted leave of absence for the following periods: **December 28, 2015 through January 4, 2016.**

This 26th day of October, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia