UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-072 |
| | ) | |
| CATHEDRAL HENDERSON | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Keith B. Johnson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Keith B. Johnson** be granted leave of absence for the following periods: **June 16, 2016 through June 17, 2016; August 5, 2016 through August 12, 2016; August 25, 2016 through August 29, 2016; October 26, 2016 through October 28, 2016; November 21, 2016 through November 28, 2016; December 19, 2016 through December 30, 2016; January 2, 2017 through January 6, 2017.**

This 3rd day of June, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia