UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR115-072, USA v. Henderson |
| | ) | CR115-077, USA v. Howard et al |
| | ) | CR115-093, USA v. Hodge |
| LEAVE OF ABSENCE REQUEST | ) | CR115-107, USA v. McGhee |
| | ) | CR116-027, USA v. Heath |
| | ) | CR116-028, USA v. Johnson |
| PATRICIA G. RHODES | ) | CR116-033, USA v. Anfield |
| August 22, 2016 - August 26, 2016 | ) | CR116-034, USA v. Guarduno- Rivera et al |
| | ) | CR116-043, USA v. Drake |
| | ) | CR116-051, USA v. Spears |
| | ) | CR116-053, USA v. Tarver |

## ORDER

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Patricia G. Rhodes** be granted leave of absence for the following periods: **August 22, 2016 through August 26, 2016.**

This 26th day of July, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia