IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 115-072 |
| CATHEDRAL MAURICE HENDERSON | * | |

**O R D E R**

Presently before the Court is Defendant's Motion to Stay Enforcement of Sentencing Order Pending Decision on Defendant's Motion for Release Pending Appeal. (Doc. 128.) In a previous order, the Court denied Defendant's Motion for Release Pending Appeal. In accordance with its decision to deny Defendant's Motion for Release Pending Appeal, the Court also **DENIES** Defendant's Motion to Stay Enforcement of Sentencing Order Pending Decision on Defendant's Motion for Release Pending Appeal. (Doc. 128.)

**ORDER ENTERED** at Augusta, Georgia, this 20th day of December, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA